**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tracy R. SHIELDS, Defendant– Appellant.**

No. 00–7772.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2001.

Decided April 20, 2001.

Tracy R. Shields, pro se. William Edward Fitzpatrick, Office of the United States Attorney, Alexandria, VA, for appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Tracy R. Shields seeks to appeal the district court's order denying his Fed. R.Civ.P. 60(b) motion, which the court construed as filed under 28 U.S.C.A. § 2255 (West Supp.2000). Even assuming that Shields' claim is not procedurally defaulted, a matter not addressed by the district court and one that we do not decide, the district court correctly held that Shields' sentence did not violate *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *See United States v. Kinter*, 235 F.3d 192, 199–200 (4th Cir. 2000), *pet. for cert. filed*, Feb. 13, 2001 (No. 00–8591). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*